# EXHIBIT C

Yacht Path International, Inc.

c/o

# UNITY SHIPPING LINES, INC.

2860 W. State Rd 84, Suite 118
Ft. Lauderdale, FL 33312
(954) 703.6729 Office
(561) 634.2822 Fax

**PAID 10/01/2012**

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 9/26/2012 | 5552 |

WIRE INSTRUCTIONS:
BENEFICIARY:
UNITY SHIPPING LINES, INC.
2860 W. State Rd 84, Suite 118
Ft. Lauderdale, FL 33312

Unity Shipping Inc. In-Coming Wire Account
BANK:
BANK OF AMERICA, N.A.
2525 PGA Blvd
Palm Beach Gardens, FL 33410
ACCOUNT # ▓▓▓▓
A/B/A ROUTING # ▓▓▓▓
SWIFT CODE: ▓▓▓▓

**Bill To**

Dolphin Partners Ltd
6847 Cintas Blvd.
Mason OH 45040
United States

| Description | Amount |
|---|---|
| Yacht Transport-"Stellar"-130' Westport-Palma de Mallorca-Port Everglades-October 2012 | 113,088.00 |
| Wharfage Fee | 750.00 |
| | |
| PAYMENT TERMS: | |
| Rate valid for pre-booking/pre-payment in full by September 27, 2012 | |
| wire 10.1.12 $113,838.00 | |

**PLEASE MAKE ALL PAYMENTS
PAYABLE TO:
UNITY SHIPPING LINES, INC.**

| | |
|---|---|
| **Total** | USD 113,838.00 |
| **Payments/Credits** | USD -113,838.00 |
| **Balance Due** | USD 0.00 |